B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Wayne Lester Stutts,**
**Joyce A. Stutts**

Debtors

Case No. _____**11-11728**_____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 12 | 4,866,286.00 | | |
| B - Personal Property | Yes | 6 | 511,052.52 | | |
| C - Property Claimed as Exempt | Yes | 10 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 4,164,068.78 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 6,794.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 212,982.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,997.83 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,735.99 |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| | | Total Assets | 5,377,338.52 | | |
| | | | Total Liabilities | 4,383,845.76 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Wayne Lester Stutts,**
       **Joyce A. Stutts**

Debtors ,

Case No.    **11-11728**

Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 2,694.39 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 2,694.39 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,997.83 |
| Average Expenses (from Schedule J, Line 18) | 5,735.99 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 308.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 483,561.63 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 113.31 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 6,681.08 |
| 4. Total from Schedule F | | 212,982.59 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 703,225.30 |

B6A (Official Form 6A) (12/07)

.

In re   **Wayne Lester Stutts,**                     Case No.    **11-11728**
         **Joyce A. Stutts**

                               Debtors       ,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Personal Use Property**<br>**1107 E. Beach**<br>**Oak Island, NC**<br>**Tax value shown** | **Tenancy by the Entirety** | **J** | **331,480.00** | **648,485.00** |
| **Residence and Lot**<br>**Location: 3703 Friendly Acres Dr., Greensboro NC**<br>**Tax value listed** | **Tenancy by the Entirety** | **J** | **323,300.00** | **475,000.00** |
| **Residential  Rental Property and/or Lot(s)**<br>**See attached Exhibit A.1**<br>**Tax Value Listed** | **Tenancy by the Entirety** | **J** | **455,800.00** | **285,000.00** |
| **Residential  Rental Property and/or Lot(s)**<br>**See attached Exhibit A.2**<br>**Tax Value Listed** | **Tenancy by the Entirety** | **W** | **58,200.00** | **73,056.63** |
| **Residential Rental Property and/or Lot(s)**<br>**See attached Exhibit A.3**<br>**Tax Value Listed** | **Tenancy by the Entirety** | **J** | **513,056.00** | **312,000.00** |
| **Convenience Store Property**<br>**See Exhibit A.4**<br>**Tax Value Listed** | **Tenancy by the Entirety** | **J** | **195,400.00** | **132,829.49** |
| **Residential Rental Property and/or Lot(s)**<br>**See Attached Exhibit A.5**<br>**Tax Value Listed** | **Tenancy by the Entirety** | **J** | **2,020,300.00** | **1,750,000.00** |
| **Residential Rental Property and/or Lot(s)**<br>**See Attached Exhibit A.7**<br>**Tax value listed** | **Tenancy by the Entirety** | **J** | **572,000.00** | **400,000.00** |
| **Randolph County, NC - Vacant Lots**<br>**See attached Exhibit A.8**<br>**Tax value listed** | **Tenancy by the Entirety** | **J** | **86,300.00** | **0.00** |

Sub-Total >    **4,555,836.00**    (Total of this page)

  **1**   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Wayne Lester Stutts,**                                       Case No. ___**11-11728**___
         **Joyce A. Stutts**
                                                                    ,
                              Debtors
## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rockingham County residential rental property and/or lots** **See Exhibit A.8** | **Tenancy by the Entirety** | **J** | **11,150.00** | **0.00** |
| **Guilford County, NC residential rental property and/or lots** **See Exhibit A.8** | **Tenancy by the Entirety** | **J** | **212,300.00** | **0.00** |
| **Residential Rental Property** **See Exhibit A.6** **Tax Value Listed** | **Tenancy by the Entirety** | **J** | **87,000.00** | **86,997.66** |

| | | |
|---|---|---|
| Sub-Total > | **310,450.00** | (Total of this page) |
| Total > | **4,866,286.00** | |

(Report also on Summary of Schedules)

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

**EXHIBIT A.1**
**WAYNE L. STUTTS and JOYCE A. STUTTS**

| LENDER | Deed of Trust | Date | Property | Original Principal Amount | Tax Value | Yearly Rental Income |
|---|---|---|---|---|---|---|
| **MidCarolina Bank** | Book 6923 Page 1085 | 8/6/2008 | 1312 Mayfair Avenue, Greensboro, NC | $ 306,000 | $ 78,200 | $ 7,200 |
| | Promissory Note | | 1310 Mayfair Avenue, Greensboro, NC | | 78,800 | 7,800 |
| | executed same date | | 1423 E. Washington, Greensboro, NC | | 89,700 | 9,600 |
| | | | 3544 Vernon Dr., Greensboro, NC | | 27,000 | |
| | | | 4694 Crossbend Rd., Greensboro, NC | | 27,000 | |
| | | | 4696 Crossbend Rd., Greensboro, NC | | 27,000 | |
| | | | 4710 Crossbend Rd., Greensboro, NC | | 30,000 | |
| | | | 4706 Crossbend Rd., Greensboro, NC | | 24,600 | |
| | | | 4700 Crossbend Rd., Greensboro, NC | | 28,800 | |
| | | | 4702 Crossbend Rd., Greensboro, NC | | 29,700 | |
| | | | 3544 Rear Vernopn Dr., Greensboro, NC | | 6,000 | |
| | | | 4694 Rear Crossbend Rd., Greensboro, NC | | 3,000 | |
| | | | 4696 Rear Crossbend Rd., Greensboro, NC | | 3,000 | |
| | | | 4700 Rear Crossbend Rd., Greensboro, NC | | 3,000 | |
| | | | TOTAL | | $ 455,800 | $ 24,600 |

**EXHIBIT A.2**
**WAYNE L. STUTTS and JOYCE A. STUTTS**

| LENDER | Deed of Trust | Date | Property | Original Principal Amount | Tax Value | Yearly Rental Income |
|---|---|---|---|---|---|---|
| **Bank of America** | Book 6455 Page 600 | 12/20/2005 | 3814-A Central Avenue, Greensboro, NC | $ 65,600 | $ 58,200 | $ 7,200 |
| | Initial Lender - American Home Mortgage Acceptance, Inc. | | | | | |

**EXHIBIT A.3**
**WAYNE L. STUTTS and JOYCE A. STUTTS**

| LENDER | Deed of Trust | Date | Property | Original Principal Amount | Tax Value | Yearly Rental Income |
|---|---|---|---|---|---|---|
| **JP Morgan Chase** | Book 6141 Page 2438<br>Initial Lender - Washington Mutual Bank | 7/29/2004 | 4690 Crossbend Rd., McLeansville, NC | $ 125,000 | $ 144,200 | VACANT |
| | Book 1207 Page 1712<br>Initial Lender - Washington Mutual Bank | 6/30/2004 | 627 Danbury Bridge Rd., Madison, NC | $ 88,000 | 104,656 | 9,600 |
| | Book 6141 Page 2409<br>Initial Lender - Washington Mutual Bank | 7/29/2004 | 4692 Crossbend Rd., McLeansville, NC | $ 125,000 | 144,200 | 9,600 |
| | Book 6124 Page 1983<br>Initial Lender - Washington Mutual Bank | 6/29/2004 | 711 A & B Rollins St., Greensboro, NC | $ 105,600 | 120,000 | 14,400 |
| | | | TOTAL | | $ 513,056 | $ 33,600 |

## EXHIBIT A.4
### WAYNE L. STUTTS and JOYCE A. STUTTS

| LENDER | Deed of Trust | Date | Property | Original Principal Amount | Tax Value | Yearly Rental Income |
|---|---|---|---|---|---|---|
| Bank of Oak Ridge | Book 7198 Page 387 | 12/22/2010 | 5148 Randleman Road, Greensboro, NC | $ 135,000 | $ 195,400 | $ 24,000 |

**EXHIBIT A.5**
**WAYNE L. STUTTS and JOYCE A. STUTTS**

| LENDER | Deed of Trust | Date | Property | Original Principal Amount | Tax Value | Yearly Rental Income |
|---|---|---|---|---|---|---|
| Wells Fargo | Book 6822 Page 764 Initial Lender - World Savings Bank | 11/26/2007 | 1705 Gordon Street, Greensboro, NC | $ 76,000 | $ 92,100 | VACANT |
| | Book 6760 Page 2304 Initial Lender - World Savings Bank | 6/29/2007 | 543 Denny Road, Greensboro, NC | $ 51,000 | 48,200 | $ 6,900 |
| | Book 6718 Page 2543 Initial Lender - World Savings Bank | 4/20/2007 | 1809 Gatewood Avenue, Greensboro, NC | $ 60,000 | 62,300 | 7,800 |
| | Book 6711 Page 1226 Initial Lender - World Savings Bank | 4/20/2007 | 1208 Huffine Mill Road, Greensboro, NC | $ 64,800 | 80,600 | VACANT |
| | Book 6711 Page 1207 Initial Lender - World Savings Bank | 4/20/2007 | 2023 Pine Bluff, Greensboro, NC | $ 65,000 | 88,500 | VACANT |
| | Book 6711 Page 1185 Initial Lender - World Savings Bank | 4/20/2007 | 3620 Martin Avenue, Greensboro, NC | $ 78,800 | 83,100 | VACANT |
| | Book 5996 Page 3053 Initial Lender - SouthTrust Mortgage Corporation | 11/22/2009 | 2503 E. Bessemer Ave., Greensboro, NC | $ 66,000 | 53,700 | VACANT |
| | Book 5996 Page 2724 Initial Lender - SouthTrust Mortgage Corporation | 12/8/2003 | 2612 Brim Road, Greensboro, NC | $ 73,500 | 102,800 | 6,660 |
| | Book 5996 Page 2699 Initial Lender - SouthTrust Mortgage Corporation | 12/8/2003 | 3816 A Central Avenue, Greensboro, NC | $ 59,000 | 71,200 | 6,408 |

| Description | Value 1 | Value 2 | Value 3 |
| --- | --- | --- | --- |
| Book 5996 Page 2674   12/8/2003   700 Cole Street, Greensboro, NC<br>Initial Lender SouthTrust Mortgage Corporation | $ 52,500 | 61,200 | 8,400 |
| Book 5996 Page 2624   12/8/2003   3816 Central Avenue, Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporation | $ 40,000 | 38,600 | 9,600 |
| Book 5996 Page 2599   12/8/2003   2616 Brim Road, Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporation | $ 73,000 | 84,900 | 4,800 |
| Book 5996 Page 2574   12/8/2003   2217 W. Florida Street, Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporation | $ 60,500 | 77,700 | 7,800 |
| Book 5996 Page 2499   12/8/2003   3527 Fiesta Drive, Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporation | $ 52,500 | 76,700 | 7,200 |
| Book 5983 Page 1053   11/17/2003   1801 Willowmore Street Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporation | $ 49,000 | 65,700 | 6,600 |
| Book 5983 Page 1003   11/17/2003   1505 Berwick Street, Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporation | $ 52,000 | 67,900 | 5,400 |
| Book 5983 Page 987   11/17/2003   806 Aladdin Street, Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporation | $ 41,000 | 46,600 | VACANT |
| Book 5983 Page 1028   11/17/2003   908 W. Terrell Street, Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporation | $ 44,000 | 51,400 | VACANT |
| Book 5983 Page 953   11/17/2003   4110 Woodale Lane, Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporaiton | $ 59,500 | 59,200 | 7,200 |
| Book 5983 Page 928   11/17/2003   2604 Brim Road, Greensboro, NC<br>Initial Lender - SouthTrust Mortgage Corporation | $ 74,200 | 88,600 | 9,600 |
| Book 5983 Page 878   11/17/2003   2608 Brim Road, Greensboro, NC | $ 74,600 | 94,200 | 9,600 |

Initial Lender - SouthTrust Mortgage Corporation

| Reference | Address | | | |
|---|---|---|---|---|
| Book 5967 Page 1775  10/27/2003 | 1400 Kingston Road, Greensboro, NC | $ 37,500 | 30,900 | 6,408 |
| Initial Lender - SouthStar Mortgage Corporation | | | | |
| Book 5967 Page 1650  10/27/2003 | 3618 Martin Avenue, Greensboro, NC | $ 43,000 | 35,500 | 6,600 |
| Initial Lender - SouthTrust Mortgage Corporation | | | | |
| Book 5532 Page 2134  6/14/2002 | 3939 A Eastland Avenue, Greensboro, NC | $ 67,500 | 86,900 | 8,400 |
| Initial Lender - SouthTrust Mortgage Corporation | | | | |
| Book 5532 page 2109  6/14/2002 | 3945 Eastland Avenue, Greensboro, NC | $ 66,375 | 86,900 | VACANT |
| Initial Lender - SouthTrust Mortgage Corporation | | | | |
| Book 5459 Page 2071  3/11/2003 | 1712 Ryan Street, Greensboro, NC 27405 | $ 66,750 | 87,000 | VACANT |
| Initial Lender - SouthTrust Mortgage Corporation | | | | |
| Book 5428 Page 1753  1/30/2002 | 4109 Woodale Lane, Greensboro, NC | $ 67,125 | 83,600 | 8,400 |
| Initial Lender - SouthTrust Mortgage Corporation | | | | |
| Book 5373 Page 2014  11/27/2001 | 3724 Central Avenue, Greensboro, NC | $ 66,750 | 70,300 | 6,000 |
| Initial Lender - SouthTrust Mortgage Corporation | | | | |
| Book 4957 Page 1750  10/27/2003 | 1301 Hickory Street, Greensboro, NC | $ 46,000 | 44,000 | VACANT |
| Initial Lender - SouthTrust Mortgage Corporation | | | | |
| TOTAL | | $ 2,020,300 | $ 139,776 | |

## EXHIBIT A.6
### WAYNE L. STUTTS and JOYCE A. STUTTS

| LENDER | Deed of Trust | Date | Property | Original Principal Amount | Tax Value | Yearly Rental Income |
|---|---|---|---|---|---|---|
| **First Horizon Home Loan Corporation** | Book 6695 Page 1032<br>Servicer of mortgage - NationStar | 3/22/2007 | 1018 Merritt Drive, Greensboro, NC | $ 82,500 | $ 87,000 | VACANT |

**EXHIBIT A.7**
**WAYNE L. STUTTS and JOYCE A. STUTTS**

| LENDER | Deed of Trust | Date | Property | Original Principal Amount | Tax Value | Yearly Rental Income |
|---|---|---|---|---|---|---|
| **American Home Mortgage Investment Trust** | Book 6361 Page 2374 | 6/27/2005 | 5800 Harvest Hill Road, Greensboro, NC | $ 94,000 | $ 105,700 | $ 9,600 |
| | Initial Lender - American Home Mortgage Acceptance, Inc. | | | | | |
| | Book 6361 Page 2319 | 10/26/2011 | 5802 Harvest Hill Road, Greensboro, NC | $ 97,000 | 105,700 | 9,600 |
| | Initial Lender - American Home Mortgage Acceptance, Inc. | | | | | |
| **American Home Mortgage Acceptance, Inc.** | Book 6355 Page 916 | 7/15/2005 | 301 East Bessemer Ave., Greensboro, NC | $ 112,000 | 126,200 | VACANT |
| | Book 6355 Page 890 | 7/15/2005 | 305 East Bessemer Ave., Greensboro, NC | $ 112,000 | 138,700 | 14,400 |
| | Book 6209 Page 2965 | 11/18/2004 | 2515 Cottage Place, Greensboro, NC | $ 88,000 | 95,700 | 6,000 |
| | | | TOTAL | $ 572,000 | | $ 39,600 |

**EXHIBIT A.8**
**WAYNE L. STUTTS and JOYCE A. STUTTS**
**Unencumbered Property**

| Property Location | 2011 Tax Value |
|---|---|
| **Randolph County, NC Property** | |
| 335 E. Raleigh Ave., Liberty, NC | $    25,450 |
| 0 E. Brower Ave., Randolph, NC | 15,470 |
|    Pine Valley; L10 Sc 1 | |
| 0 E. Brower Ave., Randolph, NC | 15,450 |
|    Pine Valley; L9 Sc 1 | |
| 0 E. Brower Ave., Randolph, NC | 14,570 |
|    Pine Valley; L8 Sc 1 | |
| 0 E. Brower Ave., Randolph, NC | 15,360 |
|    Pine Valley; L7 Sc 1 | |
| | $    86,300 |
| | |
| **Rockingham County Property** | |
| Lot 17 Colonial Estates | $    5,150 |
| Lots 23A-23B-23C Sec 1A Colonial Est. | 6,000 |
| | $    11,150 |
| | |
| **Guilford County Property** | |
| 3800 Friendly Acres Dr., Greensboro | $    78,000 |
| 2104 Needleleaf Lane, Greensboro | 60,000 |
| 4697 Coltsfoot Rd., Greensboro | 15,000 |
| 3605 Rear Country Ridge Rd., Greensboro | 1,000 |
| 3607 Rear Country Ridge Rd., Greensboro | 3,000 |
| 3702 R1 Country Ridge Rd., Greensboro | 10,000 |
| 3401 Near Murchie St., Greensboro | 5,000 |
| 128 R2 Arcaro Dr., Greensboro | 300 |
| 7404 Townsend Edge, Greensboro | 40,000 |
| | $    212,300 |

B6B (Official Form 6B) (12/07)

.

In re  **Wayne Lester Stutts,**　　　　　　　　　　　　Case No. __11-11728__
　　　　**Joyce A. Stutts**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY

　　　Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

　　　**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | J | 90,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **RBC Bank Checking Account #195-2** | W | 7,310.84 |
| | | **MidCarolina Bank Checking Acct. #0705** | J | 4,054.86 |
| | | **RBC Bank Checking Account #4973** | J | 291.38 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Residence Furnishings** | J | 4,525.00 |
| | | **Residence Electronics** | J | 900.00 |
| | | **Beach house furnishings** | J | 1,350.00 |
| | | **Residence garage, tools used in business** | H | 300.00 |
| | | **Beach house electronics** | J | 350.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art work, $1,000; Oriental rugs (2), $1,500; Antique Lincoln desk, $1,000; Set of silverware, $200** | J | 3,700.00 |
| 6.  Wearing apparel. | | **Clothing** | J | 400.00 |
| 7.  Furs and jewelry. | | **Jewelry** | W | 6,500.00 |
| | | **Jewelry** | H | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **38 Revolver - Unknown manufacturer, old, poor condition** | H | 50.00 |

Sub-Total >　　　　119,832.08
(Total of this page)

__4__　continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wayne Lester Stutts,**                                         Case No. ___**11-11728**___
        **Joyce A. Stutts**

                                        Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life of Georgia Insurance Company** **Market Value is the Cash surrender value as of 8/31/99** | H | 14,625.06 |
| | | **Great-West Life Assurance Company** **Whole life policy with a loan; Market value is cash surrender value as of 11/30/97** **Owned by Wayne L. Stutts Irrevocable Trust dtd November 4, 1998; Trustees are Female Debtor, Teresa S. Johnson and Joseph G. Stutts; beneficiaries are the trustees** | - | 2,869.65 |
| | | **Great-West Assurance Company** **Market value is the cash surrender value as of 5/31/98** | W | 4,031.12 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA held at Valic** | W | 91,671.21 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **10 shares Duke Energy Stock** **value approximate** | H | 196.40 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Wayne L. Stutts Builder, Inc.** **Location: 3703 Friendly Acres Dr., Greensboro NC 27410** **See Exhibit B6B.14** | J | 70,460.00 |
| | | **Wayne L. Stutts Rentals, LLC** **Location: 3703 Friendly Acres Dr., Greensboro NC 27410** **See Exhibit B6B.14** | J | 162,277.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

                                                Sub-Total >      **346,130.44**
                                              (Total of this page)

Sheet __**1**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Wayne Lester Stutts,**
      **Joyce A. Stutts**

Case No.    **11-11728**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | | Leon Jones, disputed amount owed regarding property in Pender County, NC; $6,000; Collectibility not anticipated | J | 0.00 |
| | | Loan to Teresa Johnston (daughter) | J | 1,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | NC Contractor's License #24524: Invalid NC Contractor's License #48380: Active; Last renewed - 6/15/11 | H | 0.00 |
| | | NC Surveyor's License #L-1084; Current, expires 12/31/11 | H | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

                                                 Sub-Total >         **1,500.00**
                                              (Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Wayne Lester Stutts,**                                        Case No.   **11-11728**
         **Joyce A. Stutts**

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Chrysler Sebring**<br>**100,000 miles; NADA value listed**<br>**Personal use** | J | 3,296.00 |
| | | **2006 Cadillac DTX**<br>**42,000 miles; NADA value listed**<br>**Personal use** | J | 18,022.00 |
| | | **2006  Chevrolet Silverado 1500**<br>**NADA value listed**<br>**Personal use** | J | 10,237.00 |
| | | **1997 GMC 3/4 ton Delivery / Box Truck**<br>**Used in business; poor condition; NADA value listed** | J | 4,230.00 |
| | | **1975 Chevrolet dump truck**<br>**Used in business; new engine and transmission, poor/rough body interior condition**<br>**Value from Internet research** | J | 4,000.00 |
| | | **8' utility trailer**<br>**Business use** | J | 500.00 |
| 26. Boats, motors, and accessories. | | **1987 Glastron 20' boat, fiberglass and wood; 170 Mercury engine with 50,000 miles; Trailer poor condition, rebuilt motor** | J | 1,500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Survey equipment and tools** | J | 1,800.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Pet - English Bulldog** | J | 5.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                          Sub-Total >       **43,590.00**
                                          (Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Wayne Lester Stutts,**                                      Case No.   __11-11728__
        **Joyce A. Stutts**
                                            ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **511,052.52** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Wayne L. Stutts Builder, Inc.**

| Property Address | 2011 Tax Value | Deliquent Year | Delinquent Amount | Current Amt Due | Mortgage |
|---|---|---|---|---|---|
| | | | | | NewBridge Bank |
| 2105 Bulla St, GSO (construction pending | | | | | Principal balance est. |
| on unfinished duplex on property) | $    15,000 | 2009 | $    250.44 | $    212.24 | $108,000 |
| 700 702 Jolson St, GSO | 4,500 | 2009 | 79.69 | 63.67 | |
| 702 704 Jolson St, GSO | 4,500 | 2009 | 79.69 | 63.67 | |
| 704 706 Jolson St, GSO | 4,500 | | | 63.67 | |
| 706 708 Jolson St, GSO | 3,200 | | | 45.28 | |
| 708 710 Jolson St, GSO | 2,700 | 2009 | 50.42 | 38.20 | |
| 228 E Vandalia Rd, GSO | 16,400 | | | 232.04 | |
| 3813 West, GSO | 20,000 | | | 282.98 | NewBridge Bank |
| 3815 West, GSO | 28,000 | 2009 | 461.86 | 396.17 | Principal balance |
| 3817 West, GSO | 32,000 | 2009 | 526.92 | 452.77 | as of 10/2011 |
| 3819 West, GSO | 25,600 | 2009 | 422.83 | 362.21 | $50,913.90 |
| 16.37 ac Olive Dr., Reidsville | 78,704 | 2010 | 537.13 | 1,108.15 | |
| Total Assessed Value | $    235,104 | | $  2,408.98 | $  3,321.05 | $    158,913.90 |

**Value of real estate holdings**  **$    70,460**

Debtors report no additional debt

**Wayne L. Stutts Rentals, LLC**

| Property Address | 2011 Tax Value | Delinquent Year | Delinquent Amount | Current Amt Due |
|---|---|---|---|---|
| 511 Hidden Valley Dr., Rockingham Cty | $  69,275.00 | 2010 | $    119.60 | $    552.82 |
| 130 Lori Dr., Rockingham, Cty | 107,163.00 | 2010 | 133.72 | 855.16 |
| Total Assessed Value | $  176,438.00 | | $    253.32 | $  1,407.98 |

**Value of real estate holding**  **$    174,777**

**Debtors' estimate of debt**  **12,500**

**$    162,277**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Case No.  11-11728 |
| Wayne Lester Stutts and | ) | Chapter 11 |
| Joyce A. Stutts, | ) | |
| | ) | DEBTOR'S CLAIM FOR |
| | ) | PROPERTY EXEMPTIONS |
| Debtors. | ) | |

I, **Wayne Lester Stutts**, the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A) and (B), the Laws of the State of North Carolina, and non-bankruptcy federal law.

☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1.  **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** NCGS 1C-1601(a)(1).
    Select the appropriate exemption amount below:

☑ Total net value not to exceed $35,000.
☐ Total net value not to exceed $65,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| 3703 Friendly Acres Dr., Greensboro, NC | $323,300.00 | Wells Fargo | 475,000 | $    0.00 |
| | (a) Total Net Value | | | $    0.00 |
| | | **Total Net Exemption** | | **$    0.00** |
| | (b) Unused portion of exemption, not to exceed $5,000. [This amount, if any, may be carried forward and used to claim an exemption in any property owned by debtor. (NCGS 1C-1601(a)(2)} | | | **$5,000.00** |

2.  **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|

3. **MOTOR VEHICLE.** NCGS 1C-1601(a)(3).  (Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Model, Year Style of Auto | Market Value | Lien Holder(s) | Amount of Lien | Net Value |
|---|---|---|---|---|
| 2006 Cadillac DTX | $18022.00 | MidCarolina Bank | 700.00 | 17,322.00 |
| | | Debtor's ½ interest | | 8,661.00 |
| | (a) Statutory allowance | | | $ 3,500.00 |
| | (b) Amount from 1(b) above to be used in this paragraph. (A part or all of 1(b) may be used as needed.) | | | 5,000.00 |
| | **Total Net Exemption** | | | **$ 8,500.00** |

4. **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** NCGS 1C-1601(a)(5). (Used by debtor or debtor's dependent.  Total net value of all items claimed as exempt not to exceed $2,000.)

| Description | Market Value | Lien Holder(s) | Amount of Lien | Net Value |
|---|---|---|---|---|
| Survey Equipment | 1,500.00 | | | 1,500.00 |
| Tools | 300.00 | | | 300.00 |
| | (a) Statutory allowance | | | $ 1,800.00 |
| | (b) Amount from 1(b) above to be used in this paragraph. (A part or all of 1(b) may be used as needed.) | | | |
| | **Total Net Exemption** | | | **$ 1,800.00** |

5. **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** NCGS 1C-1601(a)(4).  (Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description of Property | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Electronics | 900.00 | | | 900.00 |
| Den/Living Room | 400.00 | | | 400.00 |
| Master Bedroom | 200.00 | | | 200.00 |
| Master Bath | 50.00 | | | 50.00 |
| Study | 200.00 | | | 200.00 |
| Dining Room | 300.00 | | | 300.00 |
| Kitchen | 300.00 | | | 300.00 |
| Den | 200.00 | | | 200.00 |
| Utility Room | 1300.00 | | | 1,300.00 |
| Sunroom and Sauna | 175.00 | | | 175.00 |
| Office | 200.00 | | | 200.00 |
| Patio | 200.00 | | | 200.00 |

| | | | |
|---|---|---|---|
| Bedroom (2) | 400.00 | | 400.00 |
| Sitting Room | 200.00 | | 200.00 |
| 3rd Floor | 100.00 | | 100.00 |
| Clothing | 400.00 | | 400.00 |
| Dog | 5.00 | | 5.00 |
| Artwork, Rugs, Antiques, Silverware | 3,700.00 | | 3,700.00 |
| | | Total | 9,230.00 |
| | | ½ Debtors Interest | 4,615.00 |
| Jewelry – Husband | 100.00 | | 100.00 |
| 38 Revolver | 50.00 | | 50.00 |
| | | Total Net Value | 4,765.00 |

|  |  |
|---|---|
| (a) Statutory allowance for debtor | $   5,000.00 |
| (b) Statutory allowance for debtor's dependents: dependents at $1,000 each (not to exceed $4,000 total for dependents) | $   0.00 |
| (c) Amount from 1(b) above to be used in this paragraph. (A part or all of 1(b) may be used as needed.) | 0.00 |
| **Total Net Exemption** | **$4,765.00** |

6. **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company    Great West Life Assurance Co.          Policy No.  4236897
Name of Insured      Wayne L. Stutts                                        Policy Date   Pre 1996
Owner of Policy        Wayne L. Stutts Irrevocable Trust dtd Nov. 4, 1998
Name of Beneficiary     Joyce A. Stutts, Teresa S. Johnson, Joseph G. Stutts

Name of Insurance Company    Life of Georgia                             Policy No.  3679347
Name of Insured        Wayne L. Stutts                                       Policy Date  Pre 1997
Name of Beneficiary

7. **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** NCGS 1C-1601(a)(7).  (No limit on value of number of items.)

**Description**

Oxygen tanks and supplies - Wife
Sleep apnea supplies – Both Debtors

8. **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** NCGS 1C-1601(a)(8).  (No limit on number or amount.)

A. $ _____    Compensation for personal injury to debtor or to person whom debtor was dependent for support.
B. $ _____    Compensation for death of person of whom debtor was dependent for support.
C. $ _____    Compensation from private disability policies or annuities.

9. **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE**

**INTERNAL REVENUE CODE** NCGS 1C-1601(a)(9). (No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

**Detailed Description**                                                                                     **Value**

10. **COLLEGE SAVINGS PLAN QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.** NCGS 1C-1601(a)(10).  (Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs.  This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

**Detailed Description**                                                                                     **Value**

11. **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** NCGS 1C-1601(a)(11). (No limit on amount.)

**Description**

12. **ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** NCGS 1C-1601(a)(12). (No limit on amount to the extent such payments are reasonably necessary for the support of debtor or dependent of debtor.)

**Description**

13. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.**  NCGS 1C-1601(a)(2).  (The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| (a)  Total Net Value of property claimed in paragraph 13. | | | | $ |
| (b)  Total amount available from paragraph 1(b). | | | $5,000.00 | |
| (c)  Less amounts available under paragraph 1(b) which were used in the following paragraphs: | | | | |
| Paragraph 3(b) | | | $    0.00 | |
| Paragraph 4(b) | | | $    0.00 | |
| Paragraph 5(c) | | | $    0.00 | |
| Net Balance Available from paragraph 1(b) | | | | $  5,000.00 |
| **Total Net Exemption** | | | | **$_____** |

14. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

Aid to the Aged, Disabled and Families with Dependent Children, NCGS 108A-36
Aid to the Blind, NCGA 111-18
Yearly Allowance for Surviving Spouse, NCGS 30-15
North Carolina Local Government Employees Retirement Benefits, NCGS 128-31                   $

North Carolina Teachers and State Employees Retirement Benefits, NCGS 135-9
Firemen's and Rescue Workers' Pensions, NCGS 58-86-90                                    $
Workers Compensation Benefits, NCGS 97-21
Unemployment Benefits, so long as not commingled and except for debts
    for necessities purchased while unemployed, NCGS 96-17
Group Insurance Proceeds, NCGS 58-58-165
Partnership Property, except on a claim against the partnership, NCGS 59-55
Wages of a Debtor Necessary for Support of Family, NCGS 1-362
Other
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                   $


**15. EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

Foreign Service Retirement and Disability Payments, 22 U.S.C. § 4060
➔ Social Security Benefits, 42 U.S.C. § 407                                              $       1,141.00/month
Injury of Death Compensation Payments from War Risk Hazards, 42 U.S.C. §1717
Wages of Fishermen, Seamen and Apprentices, 46 U.S.C. §§ 11108,11109
Civil Service Retirement Benefits, 5 U.S.C. §8346
Longshoremen and Harbor Workers Compensation Act Death and Disability Benefits,
    33 U.S.C. § 916
Railroad Retirement Act Annuities and Pensions 45 U.S.C. § 231m
Veterans Benefits, 38 U.S.C. § 5301
Special Pension Paid to Winners of Congressional Medal of Honor, 38 U.S.C. § 1562
Other

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                   $


**DATE:** <u>December 9, 2011</u>                    <u>/s/ Wayne Lester Stutts</u>
                                                       **Wayne Lester Stutts**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | **Case No.  11-11728** |
| **Wayne Lester Stutts and** | ) | **Chapter 11** |
| **Joyce A. Stutts,** | ) | |
| | ) | **DEBTOR'S CLAIM FOR** |
| | ) | **PROPERTY EXEMPTIONS** |
| Debtors. | ) | |

I, **Joyce A. Stutts**, the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A) and (B), the Laws of the State of North Carolina, and non-bankruptcy federal law.

☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** NCGS 1C-1601(a)(1).
   Select the appropriate exemption amount below:

   ☑ Total net value not to exceed $35,000.
   ☐ Total net value not to exceed $65,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| 3703 Friendly Acres Dr., Greensboro, NC | $323,300.00 | Wells Fargo | 475,000 | $   0.00 |
| | (a) Total Net Value | | | $   0.00 |
| | **Total Net Exemption** | | | **$   0.00** |
| | (b) Unused portion of exemption, not to exceed $5,000. [This amount, if any, may be carried forward and used to claim an exemption in any property owned by debtor. (NCGS 1C-1601(a)(2)} | | | **$5,000.00** |

2. **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|

3. **MOTOR VEHICLE.** NCGS 1C-1601(a)(3).  (Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Model, Year Style of Auto | Market Value | Lien Holder(s) | Amount of Lien | Net Value |
|---|---|---|---|---|
| 2006 Cadillac DTX | $18,022.00 | MidCarolina Bank | 700.00 | 17,322.00 |
| | | Debtor's ½ interest | | 8,661.00 |
| | | (a) Statutory allowance | | $ 3,500.00 |
| | | (b) Amount from 1(b) above to be used in this paragraph. (A part or all of 1(b) may be used as needed.) | | 5,000.00 |
| | | **Total Net Exemption** | | **$ 8,500.00** |

4. **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** NCGS 1C-1601(a)(5). (Used by debtor or debtor's dependent.  Total net value of all items claimed as exempt not to exceed $2,000.)

| Description | Market Value | Lien Holder(s) | Amount of Lien | Net Value |
|---|---|---|---|---|
| | | (a) Statutory allowance | | $ |
| | | (b) Amount from 1(b) above to be used in this paragraph. (A part or all of 1(b) may be used as needed.) | | |
| | | **Total Net Exemption** | | **$** |

5. **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** NCGS 1C-1601(a)(4).  (Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description of Property | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Electronics | 900.00 | | | 900.00 |
| Den/Living Room | 400.00 | | | 400.00 |
| Master Bedroom | 200.00 | | | 200.00 |
| Master Bath | 50.00 | | | 50.00 |
| Study | 200.00 | | | 200.00 |
| Dining Room | 300.00 | | | 300.00 |
| Kitchen | 300.00 | | | 300.00 |
| Den | 200.00 | | | 200.00 |
| Utility Room | 1300.00 | | | 1,300.00 |
| Sunroom and Sauna | 175.00 | | | 175.00 |
| Office | 200.00 | | | 200.00 |
| Patio | 200.00 | | | 200.00 |

| | | | | |
|---|---|---|---|---|
| Bedroom (2) | 400.00 | | | 400.00 |
| Sitting Room | 200.00 | | | 200.00 |
| 3rd Floor | 100.00 | | | 100.00 |
| Clothing | 400.00 | | | 400.00 |
| Dog | 5.00 | | | 5.00 |
| Artwork, Rugs, Antiques, Silverware | 3,700.00 | | | 3,700.00 |
| | | | Total | 9,230.00 |
| | | ½ Debtors Interest | | 4,615.00 |
| Jewelry – Wife | 6,500.00 | | | 6,500.00 |
| | | Total Net Value | | 11,115.00 |

|  |  |  |
|---|---|---|
| (a) Statutory allowance for debtor | $ | 5,000.00 |
| (b) Statutory allowance for debtor's dependents: dependents at $1,000 each (not to exceed $4,000 total for dependents) | $ | 0.00 |
| (c) Amount from 1(b) above to be used in this paragraph. (A part or all of 1(b) may be used as needed.) | | 0.00 |
| **Total Net Exemption** | **$** | **5,000.00** |

6. **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company   Great-West Life Assurance Company      Policy No.  4230280
Name of Insured      Joyce A. Stutts                                              Policy Date  Pre 1998
Name of Beneficiary

Name of Insurance Company                                                   Policy No.
Name of Insured                                                                    Policy Date
Name of Beneficiary

7. **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).**
   NCGS 1C-1601(a)(7).  (No limit on value of number of items.)

   **Description**

   Oxygen tanks and supplies - Wife
   Sleep apnea supplies – Both Debtors

8. **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** NCGS 1C-1601(a)(8).  (No limit on number or amount.)

   A. $ _____      Compensation for personal injury to debtor or to person whom debtor was dependent for support.
   B. $ _____      Compensation for death of person of whom debtor was dependent for support.
   C. $ _____      Compensation from private disability policies or annuities.

9. **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE** NCGS 1C-1601(a)(9). (No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

| Detailed Description | Value |
|---|---|

**10. COLLEGE SAVINGS PLAN QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.**
NCGS 1C-1601(a)(10).  (Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs.  This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

| Detailed Description | Value |
|---|---|

**11. RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** NCGS 1C-1601(a)(11). (No limit on amount.)

**Description**

**12. ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** NCGS 1C-1601(a)(12).
(No limit on amount to the extent such payments are reasonably necessary for the support of debtor or dependent of debtor.)

**Description**

**13. ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.**  NCGS 1C-1601(a)(2).  (The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| (a)  Total Net Value of property claimed in paragraph 13. | | | | $ |
| (b)  Total amount available from paragraph 1(b). | | | $5,000.00 | |
| (c)  Less amounts available under paragraph 1(b) which were used in the following paragraphs: | | | | |
| Paragraph 3(b) | | | $     0.00 | |
| Paragraph 4(b) | | | $     0.00 | |
| Paragraph 5(c) | | | $     0.00 | |
| Net Balance Available from paragraph 1(b) | | | | $  5,000.00 |
| **Total Net Exemption** | | | | **$_____** |

**14. OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

Aid to the Aged, Disabled and Families with Dependent Children, NCGS 108A-36
Aid to the Blind, NCGA 111-18
Yearly Allowance for Surviving Spouse, NCGS 30-15
North Carolina Local Government Employees Retirement Benefits, NCGS 128-31                    $
North Carolina Teachers and State Employees Retirement Benefits, NCGS 135-9
Firemen's and Rescue Workers' Pensions, NCGS 58-86-90                                         $
Workers Compensation Benefits, NCGS 97-21

Unemployment Benefits, so long as not commingled and except for debts
    for necessities purchased while unemployed, NCGS 96-17
Group Insurance Proceeds, NCGS 58-58-165
Partnership Property, except on a claim against the partnership, NCGS 59-55
Wages of a Debtor Necessary for Support of Family, NCGS 1-362
Other
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                    $


15. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

Foreign Service Retirement and Disability Payments, 22 U.S.C. § 4060
➜ Social Security Benefits, 42 U.S.C. § 407                                  $          548.50/month
Injury of Death Compensation Payments from War Risk Hazards, 42 U.S.C. §1717
Wages of Fishermen, Seamen and Apprentices, 46 U.S.C. §§ 11108,11109
Civil Service Retirement Benefits, 5 U.S.C. §8346
Longshoremen and Harbor Workers Compensation Act Death and Disability Benefits,
    33 U.S.C. § 916
Railroad Retirement Act Annuities and Pensions 45 U.S.C. § 231m
Veterans Benefits, 38 U.S.C. § 5301
Special Pension Paid to Winners of Congressional Medal of Honor, 38 U.S.C. § 1562
Other

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                    $


**DATE:**      **December 9, 2011**              **/s/ Joyce A. Stutts**
                                                  **Joyce A. Stutts**

B6D (Official Form 6D) (12/07)

In re  **Wayne Lester Stutts,**
       **Joyce A. Stutts**

Case No. ___**11-11728**___

_____
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Residential Rental Property and/or Lot(s) See Attached Exhibit A.7 Tax value listed | | | | | |
| **American Home Mortgage Acceptance, Inc.** **Shapiro & Ingle, Substitute Trustee** **10130 Perimeter Parkway, Ste. 400** **Charlotte, NC 28216** | | | J | | | | | | | |
| | | | | | Value $          572,000.00 | | | | 400,000.00 | 0.00 |
| Account No. | | | | | Residential  Rental Property and/or Lot(s) See attached Exhibit A.2 Tax Value Listed | | | | | |
| **Bank of America** **P.O. Box 15026** **Wilmington, DE 19850-5026** | | | J | | | | | | | |
| | | | | | Value $           58,200.00 | | | | 73,056.63 | 14,856.63 |
| Account No. | | | | | Convenience Store Property See Exhibit A.4 Tax Value Listed | | | | | |
| **Bank of Oak Ridge** **PO Box 2** **Oak Ridge, NC 27310** | | | J | | | | | | | |
| | | | | | Value $          195,400.00 | | | | 132,829.49 | 0.00 |
| Account No. | | | | | First Mortgage  Residential Rental Property and/or Lot(s) See attached Exhibit A.3 Tax Value Listed | | | | | |
| **Chase Home Finance** **PO Box 24696** **Columbus, OH 43224-4696** | | | J | | | | | | | |
| | | | | | Value $          513,056.00 | | | | 312,000.00 | 0.00 |
| ___3___ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 917,886.12 | 14,856.63 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Wayne Lester Stutts,**
     **Joyce A. Stutts**

Case No.   **11-11728**

                                          ,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mortgage | | | | | |
| **First Horizon Home Loan Corp. Nationstar Mortgage 350 Highland Drive Lewisville, TX 75067** | | J | **For Notice only Residential Rental Property See Exhibit A.7 Tax Value Listed** | | | | | |
| | | | Value $       **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | Deed of Trust $3,509.28; Book 3546 Page 994; Rental Properties | | | | | |
| **John R. Eiseman and Molly W. Eiseman c/o James B. Weeks 119 N. Greene St., Ste. 100 Greensboro, NC 27401** | | J | | | | X | | |
| | | | Value $    **59,200.00** | | | | **0.00** | **0.00** |
| Account No. | | | 2006 Cadillac DTX 42,000 miles; NADA value listed Personal use | | | | | |
| **MidCarolina Bank 3101 South Church Street Burlington, NC 27215** | | J | | | | | | |
| | | | Value $    **18,022.00** | | | | **700.00** | **0.00** |
| Account No. | | | First Mortgage | | | | | |
| **MidCarolina Bank 3101 South Church Street Burlington, NC 27215** | | J | **Residential Rental Property and/or Lot(s) See attached Exhibit A.1 Tax Value Listed** | | | | | |
| | | | Value $   **455,800.00** | | | | **285,000.00** | **0.00** |
| Account No. | | | Deed of Trust | | | | | |
| **Nationstar Mortgage 350 Highland Drive Lewisville, TX 75067** | | J | **Residential Rental Property See Exhibit A.6 Tax Value Listed** | | | | | |
| | | | Value $    **87,000.00** | | | | **86,997.66** | **0.00** |

Sheet  **1**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **372,697.66** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Wayne Lester Stutts,**
       **Joyce A. Stutts**
_____,
                                    Debtors

Case No. ____**11-11728**_____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| Paul A. Summers Unknown | | J | Deed of Trust - $24,304.50; Lot 126, Block K Pomona Village, Book 3553 Page 1514 Address is: 806 Aladdin St., Greensboro, NC | | | X | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | Deed of Trust | | | | | |
| T&T Enterprises Unknown | | J | Deed of Trust - $10,000; Lots 253-256 Woodlawn Park S/D; Book 3590 Page 595; 700 Cole Street, Greensboro, NC | | | X | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. **8319** | | | For Notice Only Collection for Bank of America Loan #9901 | | | | | |
| Trustee Services of Carolina, LLC c/o Brock & Scott, PLLC 5431 Oleander Drive Wilmington, NC 28403 | | W | | | | | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | Personal Use Property 1107 E. Beach Oak Island, NC Tax value shown | | | | | |
| Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306 | | J | | | | | | |
| | | | Value $ 331,480.00 | | | | 648,485.00 | 317,005.00 |
| Account No. | | | Residence and Lot Location: 3703 Friendly Acres Dr., Greensboro NC Tax value listed | | | | | |
| Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306 | | J | | | | | | |
| | | | Value $ 323,300.00 | | | | 475,000.00 | 151,700.00 |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,123,485.00 | 468,705.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Wayne Lester Stutts,**      Case No. **11-11728**
      **Joyce A. Stutts**

                                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wells Fargo Home Mortgage**<br>**PO Box 10335**<br>**Des Moines, IA 50306** | | J | **Mortgage**<br><br>**Residential Rental Property and/or Lot(s)**<br>**See Attached Exhibit A.5**<br>**Tax Value Listed**<br><br>Value $      **2,020,300.00** | | | | **1,750,000.00** | **0.00** |
| Account No.<br><br>**William H. Porterfield**<br>**Unknown** | | J | **Deed of Trust**<br><br>**Deed of Trust - $6,000; 305 East**<br>**Bessemer Ave. Book 3539 Page 1203**<br><br>Value $      **0.00** | | | X | **0.00** | **0.00** |
| Account No.<br><br><br><br>Value $ | | | | | | | | |
| Account No.<br><br><br><br>Value $ | | | | | | | | |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **1,750,000.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **4,164,068.78** | **483,561.63** |

B6E (Official Form 6E) (4/10)

.

In re    **Wayne Lester Stutts,**                                        Case No.    __11-11728_____
    **Joyce A. Stutts**
_____,
                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

        **4**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Wayne Lester Stutts,**                       Case No. **11-11728**
          **Joyce A. Stutts**

                                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Antonio Pratt** <br> **806 Aladdin Street** <br> **Greensboro, NC 27407** | | J | Lease on rental property at above address for potential security deposit claim | X | X | X | <br><br><br>575.00 | 575.00 <br><br> 0.00 |
| Account No. <br><br> **Daniel Schoultz** <br> **2604 Brim Road** <br> **Greensboro, NC 27405** | | J | Lease on rental property at above address for potential security deposit claim | X | X | X | <br><br><br>0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **James M. Speight** <br> **409 Wooddale Lane** <br> **Greensboro, NC 27405** | | J | Lease on rental property at above address for potential security deposit claim | X | X | X | <br><br><br>700.00 | 700.00 <br><br> 0.00 |
| Account No. <br><br> **James Speight** <br> **Malachi House II** <br> **3724 Central Avenue** <br> **Greensboro, NC 27401** | | J | Lease on rental property at above address for potential security deposit claim | X | X | X | <br><br><br>600.00 | 600.00 <br><br> 0.00 |
| Account No. <br><br> **Jennett Rivera** <br> **1310 Mayfair Avenue** <br> **Greensboro, NC 27405** | | J | Lease on rental property at above address for potential security deposit claim | X | X | X | <br><br><br>675.00 | 675.00 <br><br> 0.00 |

Sheet __1__ of __4__ continuation sheets attached to          Subtotal          **2,550.00**
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)    **2,550.00**      **0.00**

B6E (Official Form 6E) (4/10) - Cont.

In re  **Wayne Lester Stutts,**
       **Joyce A. Stutts**

Case No. ___**11-11728**___

Debtors

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. Jeromoe Cook 3816 Central Avenue Greensboro, NC 27401 | J | | | Lease on rental property at above address for potential security deposit claim | X | X | X | 400.00 | 400.00 / 0.00 |
| Account No. Larry Anderson 3618 Martin Avenue Greensboro, NC 27405 | J | | | Lease on rental property at above address for potential security deposit claim | X | X | X | 0.00 | 0.00 / 0.00 |
| Account No. Shemika R. Lineberger 2503 E. Bessemer Avenue Greensboro, NC 27405 | J | | | Lease on rental property at above address for potential security deposit claim | X | X | X | 650.00 | 650.00 / 0.00 |
| Account No. Toni L. Reese 3816 Central Avenue Greensboro, NC 27401 | J | | | Lease on rental property at above address for potential security deposit claim | X | X | X | 500.00 | 500.00 / 0.00 |
| Account No. | | | | | | | | | |

Sheet _2_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

1,550.00

1,550.00 / 0.00

Subtotal amount: 1,550.00 / 0.00

B6E (Official Form 6E) (4/10) - Cont.

In re **Wayne Lester Stutts,**
**Joyce A. Stutts**
                                          Case No. ___**11-11728**___

                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | For notice only | | | | | | |
| **Brunswick County Tax Adminstration** PO Box 269 Bolivia, NC 28422 | | J | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | For notice only | | | | | | |
| **Employment Security Commission** PO Box 26504 Raleigh, NC 27611 | | J | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Real property taxes Multiple rental properties | | | | | | |
| **Guilford County Tax** P.O. Box 3328 Greensboro, NC 27402-3328 | | J | | | | | | 2,581.08 | |
| | | | | | | | 2,581.08 | | 0.00 |
| Account No. | | | For notice only | | | | | | |
| **Internal Revenue Service** **Centralized Insolvency** PO Box 7346 Philadelphia, PA 19101-7346 | | J | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | For notice only | | | | | | |
| **NC Dept of Revenue** PO Box 1168 Raleigh, NC 27602 | | J | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 2,581.08 |
|---|---|---|
| | (Total of this page) | 2,581.08 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Wayne Lester Stutts,**
   **Joyce A. Stutts**

Case No. **11-11728**

Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For notice only | | | | | |
| **Randolph County Taxes 725 McDowell Road Asheboro, NC 27203** | | J | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Real Property Taxes | | | | | |
| **Rockingham County Tax Department 371 NC Hwy 65, Ste 107 Wentworth, NC 27375** | | J | | | | | | 0.00 |
| | | | | | | | 113.31 | 113.31 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 113.31 | 113.31 |
| Total | 6,681.08 | |
| (Report on Summary of Schedules) | 6,794.39 | 113.31 |

B6F (Official Form 6F) (12/07)

In re   **Wayne Lester Stutts,**                          Case No.    **11-11728**
      **Joyce A. Stutts**

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American Home Mortgage Acceptance, Inc.** <br>**Shapiro & Ingle, Substitute Trustee** <br>**10130 Perimeter Parkway, Ste. 400** <br>**Charlotte, NC 28216** | | J | **Potential deficiency claims related to multiple foreclosed properties; Debtors estimate as to claim amount** | X | X | X | 10,000.00 |
| Account No. **0996** <br><br>**Bank of America** <br>**P.O. Box 15026** <br>**Wilmington, DE 19850-5026** | | H | **Credit Card** | | | | 22,017.36 |
| Account No. <br><br>**Bill F. Wright** <br>**Unknown** | | J | **Construction Deed of Trust - $40,000; Lot 5 of the Mrs. Sophia G. Neale Property...Book 4722 Page 599; Debtors no longer own this property - sold 10/15/98;** | | | X | 0.00 |
| Account No. **3796** <br><br>**Chase Card Services** <br>**PO Box 15298** <br>**Wilmington, DE 19850-5298** | | H | **Southwest Rapid Rewards Credit Card** | | | | 14,462.68 |

|  |  |
|---|---|
| __2__ continuation sheets attached | Subtotal <br>(Total of this page)      **46,480.04** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                        S/N:44600-111027    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wayne Lester Stutts,**
　　　**Joyce A. Stutts**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

Case No.　**11-11728**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7639** <br><br> **Citi Card** <br> **PO Box 6500** <br> **Sioux Falls, SD 57117** | | H | | | Merchants Tire credit card; Debtors estimate as to claim amount | X | X | X | 500.00 |
| Account No. <br><br> **Home Depot Credit Services** <br> **PO Box 653000** <br> **Dallas, TX 75265-3000** | | J | | | Business related debt | | | | 4,000.00 |
| Account No. <br><br> **Jerry W. Hilliard and Ann S. Hilliard** <br> **Unknown** | | J | | | Deed of Trust - $4,000; 1702 Rainbow Drive; Book 4096 Page 1694, Debtors no longer own property, foreclosure on 7/20/11 | | | X | 0.00 |
| Account No. <br><br> **John Williamson** <br> **Unknown** | | J | | | Deed of Trust - $3,000; 1921 Perkins St. Book 3575 page 1424; Debtors no longer own this property, sold 4/20/92 | | | X | 0.00 |
| Account No. <br><br> **Lee Jones** <br> **Lee's Plumbing Heating & Air Conditionin** <br> **5405 N. Church St.** <br> **Greensboro, NC 27455** | | H | | | Business related debt | | | | 7,000.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 11,500.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Wayne Lester Stutts,**
      **Joyce A. Stutts**

                                             Debtors

Case No. **11-11728**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0601** <br><br> **Newbridge Bank** <br> **PO Box 867** <br> **Lexington, NC 27293-0867** | | J | Business loan of Wayne L. Stutts Builder, Inc.; Debtor(s) may have personal guaranties | | | | 50,913.09 |
| Account No. <br><br> **ProBuild** <br> **2410 Binford Street** <br> **Greensboro, NC 27407** | | H | Business related debt | | | | 1,500.00 |
| Account No. **2289** <br><br> **RBC Bank** <br> **PO Box 2857** <br> **Rocky Mount, NC 27802-2857** | | H | Visa Credit Card | | | | 12,406.95 |
| Account No. <br><br> **Wells Fargo Bank, N.A.** <br> **PO Box 4233** <br> **Portland, OR 97208-4233** | | J | Lines of credit on multiple properties | X | X | X | 90,182.51 |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **155,002.55**

Total
(Report on Summary of Schedules)      **212,982.59**

B6G (Official Form 6G) (12/07)

In re  **Wayne Lester Stutts,**
       **Joyce A. Stutts**

Case No.      **11-11728**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Antonio Pratt<br>806 Aladdin Street<br>Greensboro, NC 27407 | Lease on rental property at above address for potential security deposit claim, lease ends 5/31/12 |
| Daniel Schoultz<br>2604 Brim Road<br>Greensboro, NC 27405 | Lease on rental property at above address for potential security deposit claim, lease ends 12/31/2012 |
| James M. Speight<br>Malachi House II<br>409 Wooddale Avenue<br>Greensboro, NC 27405 | Lease on rental property at above address for potential security deposit claim, lease ends 1/31/2011 |
| James Speight<br>Malachi House II<br>3724 Central Avenue<br>Greensboro, NC 27401 | Lease on rental property at above address for potential security deposit claim, lease ends 2/28/2012 |
| Jennett Rivera<br>1310 Mayfair Avenue<br>Greensboro, NC 27405 | Lease on rental property at above address for potential security deposit claim, lease ends 6/30/2012 |
| Jerome Cook<br>3816 Central Avenue<br>Greensboro, NC 27401 | Lease on rental property at above address for potential security deposit claim, lease ends 2/28/2012 |
| Larry Anderson<br>3618 Martin Avenue<br>Greensboro, NC 27405 | Lease on rental property at above address for potential security deposit claim, lease ends 2/28/2012 |
| Shemika R. Lineberger<br>2503 E Bessemer Avenue<br>Greensboro, NC 27405 | Lease on rental property at above address for potential security deposit claim, lease ends 2/28/2012 |
| SiriusXM<br>1221 Avenue of the Americas<br>New York, NY 10020 | 45.95/month |
| Toni L. Reese<br>3816 Central Avenue<br>Greensboro, NC 27401 | Lease on rental property at above address for potential security deposit claim, lease ends 1/31/2012 |
| True Green<br>4220 Beechwood Drive<br>Greensboro, NC 27410 | Lawn service |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Wayne Lester Stutts,**   Case No.   **11-11728**
      **Joyce A. Stutts**

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re    **Wayne Lester Stutts**
      **Joyce A. Stutts**                              Case No.    **11-11728**
                                 Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Contractor surveyor property mgr** | |
| Name of Employer | **Self-employed** | **N/A** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|      b. Insurance | $ 0.00 | $ 0.00 |
|      c. Union dues | $ 0.00 | $ 0.00 |
|      d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 3,000.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>     dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify):    **Social Security** | $ 1,141.00 | $ 548.50 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 308.33 |
| 13. Other monthly income | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 4,141.00 | $ 856.83 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,141.00 | $ 856.83 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,997.83 | |

                       (Report also on Summary of Schedules and, if applicable, on
                       Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Income derived from rental property fluctuates due to lack of tenants and potential sale of rental units**

B6J (Official Form 6J) (12/07)

In re    **Wayne Lester Stutts**
       **Joyce A. Stutts**                           Case No.   **11-11728**
                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,212.00 |
|    a. Are real estate taxes included?         Yes ___     No **X** | | |
|    b. Is property insurance included?         Yes ___     No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 405.00 |
|               b. Water and sewer | | $ 35.00 |
|               c. Telephone | | $ 50.00 |
|               d. Other  **See Detailed Expense Attachment** | | $ 280.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 25.00 |
| 7. Medical and dental expenses | | $ 600.00 |
| 8. Transportation (not including car payments) | | $ 110.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 90.00 |
| 10. Charitable contributions | | $ 300.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | | $ 141.66 |
|               b. Life | | $ 575.00 |
|               c. Health | | $ 152.75 |
|               d. Auto | | $ 73.32 |
|               e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)  **See Detailed Expense Attachment** | | $ 425.93 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | | $ 510.33 |
|               b. Other | | $ 0.00 |
|               c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 50.00 |
| 17. Other | | $ 0.00 |
|     Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5,735.99 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
      **Female Debtor's medical expenses fluctuate depending on medication for any given month.**
      **Male Debtor's medical expenses may increase due to potential health issues in near future.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | | $ 4,997.83 |
| b.   Average monthly expenses from Line 18 above | | $ 5,735.99 |
| c.   Monthly net income (a. minus b.) | | $ -738.16 |

**B6J (Official Form 6J) (12/07)**

In re    **Wayne Lester Stutts**
         **Joyce A. Stutts**                                    Case No.    **11-11728**
_____              _____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable/Internet | $ | 180.00 |
| Cell Phone | $ | 100.00 |
| **Total Other Utility Expenditures** | $ | **280.00** |

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| Real Property - residence | $ | 381.19 |
| Personal Property - three vehicles | $ | 44.74 |
| **Total Tax Expenditures** | $ | **425.93** |

## United States Bankruptcy Court
### Middle District of North Carolina

In re **Wayne Lester Stutts**
**Joyce A. Stutts**
_____
Debtor(s)

Case No. **11-11728**
Chapter **11**

# BUSINESS INCOME AND EXPENSES

## SEE ATTACHED EXHIBIT 2

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 0.00 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. Gross Monthly Income | $ | 0.00 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                        TOTAL

21. Other (Specify):

DESCRIPTION                                        TOTAL

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 0.00 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 0.00 |

EXHIBIT 2
Business Income and Expense

**WAYNE L. STUTTS and JOYCE A. STUTTS**
**TOTAL BUDGET FOR NEXT THREE MONTHS**

## INCOME

| Lender | DECEMBER Monthly Rental Income | JANUARY Monthly Rental Income | FEBURARY Monthly Rental Income |
|---|---|---|---|
| MidCarolina | $ 2,050 | $ 2,050 | $ 2,050 |
| Bank of America | $ 600 | $ 600 | $ 600 |
| JP Morgan Chase | $ 2,200 | $ 2,200 | $ 2,200 |
| Bank of Oak Ridge | $ 2,000 | $ 2,000 | $ 2,000 |
| Wells Fargo | $ 11,798 | $ 11,798 | $ 11,798 |
| AHMA | $ 1,700 | $ 1,700 | $ 1,700 |
| **Total Monthly Income** | $ 20,348.00 | $ 20,348.00 | $ 20,348.00 |

## EXPENSES

| Expense | | Monthly Expense | Monthly Expense | Monthly Expense |
|---|---|---|---|---|
| Insurance | * | $ 1,385.34 | $ 1,385.34 | $ 1,385.34 |
| Guilford County Property Taxes | * | $ 3,724.00 | $ 3,724.00 | $ 3,724.00 |
| Maintenance | | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Cell Phone | | $ 107.12 | $ 107.12 | $ 107.12 |
| Office Supplies | | $ 150.00 | $ 150.00 | $ 150.00 |
| Salary for Property Manager | | $ 1,760.00 | $ 1,760.00 | $ 1,760.00 |
| Salary for Repair Technician | | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 |
| Salary to Owner - Wayne L. Stutts | | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Utilities | | $ 351.76 | $ 351.76 | $ 351.76 |
| Mileage Reimbursement | | $ 550.00 | $ 550.00 | $ 550.00 |
| Court Costs | † | $ 750.00 | $ 750.00 | $ 750.00 |
| Storage Unit | | $ 53.50 | $ 53.50 | $ 53.50 |
| **Total Monthly Expenses** | | $ 16,431.72 | $ 16,431.72 | $ 16,431.72 |

**PROFIT MARGIN**

| | | | | |
|---|---|---|---|---|
| **Total Monthly Margin** | | $ 3,916.28 | $ 3,916.28 | $ 3,916.28 |

**PROPOSED ADEQUATE PROTECTION PAYMENTS**

| | | | | |
|---|---|---|---|---|
| Bank of America | | $ 243.52 | $ 243.52 | $ 243.52 |
| **Total Monthly Adequate Protection Payments** | | $ 243.52 | $ 243.52 | $ 243.52 |
| **REMAINING BALANCE** | | $ 3,672.76 | $ 3,672.76 | $ 3,672.76 |

\* Represents amount of accrued necessary
† Based on an average of 3 Evictions performed monthly, at $250 per eviction

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Wayne Lester Stutts**
        **Joyce A. Stutts**

Debtor(s)

Case No.    **11-11728**

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __47__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 9, 2011**

Signature    **/s/ Wayne Lester Stutts**

            **Wayne Lester Stutts**
            Debtor

Date   **December 9, 2011**

Signature    **/s/ Joyce A. Stutts**

            **Joyce A. Stutts**
            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Wayne Lester Stutts**
       **Joyce A. Stutts**                                      Case No.   **11-11728**

                                      Debtor(s)                        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-441,555.00** | **2009: Both AGI - Income Tax Return** |
| **$21,976.13** | **2011 Both, Social Security and Pension income** |
| **$21,976.13** | **2010 Both, Social Security and Pension Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          AMOUNT          |          SOURCE          |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See attached Exhibit B7.4.a | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See attached Exhibit B7.5** | | |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Ivey, McClellan, Gatton & Talcott 100 S Elm St, Ste 500 Greensboro, NC 27401** | **11/8/11** | **$20,000 retainer; Pre-petition statement and receipt of funds $13,661; Retainer balance $6,339.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **RBC Bank** | **Debtors** | **Important papers and cash** | |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Wayne L. Stutts Builder, Inc.** | 56-2135343 | **3703 Friendly Acres Dr. Greensboro, NC 27410** | **Residential Construction** | **1/19/2001 - Present** |
| **Wayne L. Stutts Rentals, LLC** | 50-2706710 | **3703 Friendly Acres Dr. Greensboro, NC 27410** | **Residential rental and property management** | **3/22/2005 - present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED
**Wayne Lester Stutts**
**3703 Friendly Acres Dr.**
**Greensboro, NC 27410**

**William H. Porterfield**
**PO Box 9498**
**Greensboro, NC 27429**

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                    DATES SERVICES RENDERED

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                      DATE ISSUED
**Miscellaneous lenders pertaining to**          **2009 - 2011**
**modification of loans on rental property**

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
                                                                 (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                               RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST           PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS              TITLE                  NATURE AND PERCENTAGE
                                                                  OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                        DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                  DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                                AMOUNT OF MONEY
OF RECIPIENT,                      DATE AND PURPOSE                     OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL                        VALUE OF PROPERTY

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                        TAXPAYER IDENTIFICATION NUMBER (EIN)


### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **December  9, 2011**                    Signature   **/s/ Wayne Lester Stutts**

                                                           **Wayne Lester Stutts**
                                                           Debtor


Date  **December  9, 2011**                    Signature   **/s/ Joyce A. Stutts**

                                                           **Joyce A. Stutts**
                                                           Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

EXHIBIT B7.4.a

EXHIBIT B7.4.a
WAYNE LESTER STUTTS AND JOYCE A. STUTTS
FORECLOSURE PROCEEDINGS

| Case Number | PROPERTY | COUNTY | Mortgage Holder |
|---|---|---|---|
| 11sp2506 | 806 Aladdin Street | Guilford | Wells Fargo |
| 11sp958 | 305-A E. Bessemer | Guilford | Amer. Home Mortgage |
| 11sp958 | 305-B E. Bessemer | Guilford | |
| 11sp958 | 305-C E. Bessemer | Guilford | |
| 11sp2487 | 2604 Brim Road | Guilford | Wells Fargo |
| 11sp2487 | 2606 Brim Road | Guilford | Wells Fargo |
| 11sp4686 | 2608 Brim Road | Guilford | Wells Fargo |
| 11sp4686 | 2610 Brim Road | Guilford | Wells Fargo |
| 11sp2441 | 2612 Brim Road | Guilford | Wells Fargo |
| 11sp2441 | 2614 Brim Road | Guilford | Wells Fargo |
| 11sp2482 | 2616 Brim Road | Guilford | Wells Fargo |
| 11sp2482 | 2618 Brim Road | Guilford | Wells Fargo |
| 11sp | 3724 Central | Guilford | Wells Fargo |
| 11sp | 3814-A Central | Guilford | Amer. Home Mortgage |
| 11sp2498 | 3816 Central | Guilford | Wells Fargo |
| 11sp2485 | 700 Cole Street | Guilford | Wells Fargo |
| 11sp2480 | 3527 Fiesta Dr. | Guilford | Wells Fargo |
| 11sp2479 | 2217 W. Florida St. | Guilford | Wells Fargo |
| 11sp | 5800 Harvest Hill | Guilford | |
| 11 sp 3662 | 5802 Harvest Hill | Guilford | US Bank |
| 11sp2442 | 1301 Hickory | Guilford | Wells Fargo |
| 11sp2466 | 1400 Kingston Rd. | Guilford | Wells Fargo |
| 11sp2439 | 3618 Martin | Guilford | Wells Fargo |
| 11sp2494 | 1712 Ryan St. | Guilford | Wells Fargo |
| 11sp2435 | 908 W. Terrell St. | Guilford | Wells Fargo |
| 11sp2467 | 4109 Wooddale Ln. | Guilford | Wells Fargo |
| 11sp2497 | 4110 Wooddale Ln. | Guilford | Wells Fargo |
| 11sp2468 | 2503 E. Bessemer | Guilford | Wells Fargo |

EXHIBIT B7.5

EXHIBIT B7.5
WAYNE LESTER STUTTS AND JOYCE A. STUTTS

| PROPERTY | COUNTY | Mortgage holder | Case Number | Foreclosure Date | Initial Loan Amount | Sale amount |
|---|---|---|---|---|---|---|
| 2315 Floyd St. Greensboro, NC | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 957 | 4/27/2011 | 105,600 | 86,250 |
| 2505 E. Bessemer Ave. Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 1728 | 9/8/2011 | 104,500 | 52,500 |
| 103 Millilkin St. Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 1499 | 7/21/2011 | 78,400 | 26,100 |
| 2236 Bradley St. Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 953 | 6/15/2011 | 74,000 | 26,802 |
| 3107 Immanuel Rd, Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 956 | 9/9/2011 | 55,200 | 17,251 |
| 1702 Rainbow Dr. Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 943 | 7/7/2011 | 90,000 | 95,000 |
| 3939 A & B Overland Heights Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 992 | 6/13/2011 | 107,500 | 52,500 |
| 101-A Millikin St. Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 955 | 6/13/2011 | 88,000 | 103,182 |
| 1211 Park Ave., Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 954 | 6/13/2011 | 110,000 | 129,091 |
| 2210 Britton St., Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 952 | 6/13/2011 | 74,000 | 17,500 |
| 2827 Camborne St., Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 1306 | 6/10/2011 | 80,000 | 83,298 |
| 4107 Woodale Lane Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 951 | 4/13/2011 | 74,000 | 20,010 |
| 1901 A&B Merritt Dr. Greensboro | Guilford | American Home Mortgage Acceptance, Inc. | 11 SP 1305 | 5/11/2011 | 107,500 | 15,500 |

B22B (Official Form 22B) (Chapter 11) (12/10)

| In re | **Wayne Lester Stutts** |
| | **Joyce A. Stutts** |
| | Debtor(s) |
| Case Number: | **11-11728** |
| | (If known) |

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | **Part I. CALCULATION OF CURRENT MONTHLY INCOME** | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>Debtor's<br>Income | **Column B**<br><br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $       0.00 | $       0.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>| | Debtor | Spouse |<br>|---|---|---|<br>| a. Gross receipts | $       0.00 | $       0.00 |<br>| b. Ordinary and necessary business expenses | $       0.00 | $       0.00 |<br>| c. Business income | Subtract Line b from Line a | | | $       0.00 | $       0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>| | Debtor | Spouse |<br>|---|---|---|<br>| a. Gross receipts | $  20,000.00 | $       0.00 |<br>| b. Ordinary and necessary operating expenses | $  20,000.00 | $       0.00 |<br>| c. Rent and other real property income | Subtract Line b from Line a | | | $       0.00 | $       0.00 |
| 5 | **Interest, dividends, and royalties.** | $       0.00 | $       0.00 |
| 6 | **Pension and retirement income.** | $       0.00 | $     308.33 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $       0.00 | $       0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>| Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $       0.00 | Spouse $       0.00 | | $       0.00 | $       0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>| | Debtor | Spouse |<br>|---|---|---|<br>| a. | $ | $ |<br>| b. | $ | $ | | $       0.00 | $       0.00 |

B22B (Official Form 22B) (Chapter 11) (12/10)    2

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $ | **0.00** | $ | **308.33** |
|---|---|---|---|---|---|
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | | $ | **308.33** |

**Part II. VERIFICATION**

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date:  **December  9, 2011**          Signature:  **/s/ Wayne Lester Stutts**

**Wayne Lester Stutts**

(Debtor)

Date:  **December  9, 2011**          Signature  **/s/ Joyce A. Stutts**

**Joyce A. Stutts**

(Joint Debtor, if any)