B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Middle District Of North Carolina

In re Wayne Lester Stutts, Case No. 11-11728

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. ~~35-1~~ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/23/12 (date).

Name of Alleged Transferor
Wells Fargo Bank, NA

Name of Transferee
MTGLQ Investots, LP
c/o Rushmore Loan Management Serv., LLC

Address of Alleged Transferor:
4101 Wiseman Blvd.
San Antonio, TX 78251

Address of Transferee:
P.O. Box 55004
Irvine, CA 92619

---
~~DEADLINE TO OBJECT TO TRANSFER~~
---

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina

In re Wayne Lester Stutts                     ,          Case No. 11-11728

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | Wells Fargo Bank, NA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Rushmore Loan Management Serv.
  P.O. Box 55004, Irvine, CA 92619

Court Claim # (if known): 35-1
Amount of Claim: $80,250.95
Date Claim Filed: 12/28/2011

Phone: (888)-50406700
Last Four Digits of Acct #: 454

Phone: _____
Last Four Digits of Acct. #: 6845

Name and Address where transferee payments should be sent (if different from above):
  c/o Rushmore Loan Management Serv.
  P.O. Box 52708, Irvine, CA 92619

Phone: (888)-504-6700
Last Four Digits of Acct #: 454

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ Rick D. Lail_____          Date: 12/29/2016
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

This the 29th day of December, 2016.

/s/ Rick D. Lail
Rick D. Lail Attorney for
MTGLQ, Investors, LP
P.O. Box 30081
Charlotte, N.C. 28230
Tel# (704)-347-0306
NC State Bar# 16157

# CERTIFICATE OF SERVICE

IN RE: Wayne Lester Stutts )
       and )    CASE NO. 11-11728
   Joyce A. Stutts )
      DEBTORS. )

I hereby certify that a copy of the Notice of Transfer of Claim ( 35-1) has been served by First Class Mail on all creditors and parties to this case.

    Mr. William P. Miller
    Bankruptcy Administrator
    P.O. Box 1828
    Greensboro, N.C. 27402

    Justin William Kay
    Ivey, McClellan, Gatton and Talcott, LLP
    *Attorney for Debtors*
    *P.O. Box 3324*
    *Greensboro, N.C. 27402*

    Dirk W. Sigmund
    Ivey, McClellan, Gatton and Talcott, LLP
    *Attorney for Debtors*
    *P.O. Box 3324*
    *Greensboro, N.C. 27402*

    Wayne Lester Stutts
    3703 Friendly Acres Drive
    Greensboro, N.C. 27410

    Joyce A. Stutts
    3703 Friendly Acres Drive
    Greensboro, N.C. 27410