**GERALD M. SHAPIRO**
  Admitted in Illinois & Florida only
**DAVID S. KREISMAN**
  Admitted in Illinois only
**JOE M. KIRSCH**
  Admitted in Tennessee only
**GRADY I. INGLE**
  Admitted in North Carolina and Tennessee only

**JASON K. PURSER\***
**KYLE STEWART\***
**JONATHAN BLAKE DAVIS\***
\* Admitted in North Carolina and Tennessee only



10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216

VOICE (704) 333-8107
FAX (704) 333-8156
http://www.shapiro-ingle.com

**BONNIE B. CULP**†
**MICHAEL A. DENNIE**††
†Admitted in Tennessee only
††Admitted in Mississippi and Tennessee only

Justin William Kay
Ivey, McClellan, Gatton, & Talcott, LLP
P.O. Box 3324
Greensboro, NC 27402

Dirk W. Siegmund
Ivey, McClellan, Gatton, & Talcott, LLP
Suite 500
100 S. Elm St.
P. O. Box 3324
Greensboro, NC 27402-3324

**Re: Wayne Lester Stutts and Joyce A. Stutts Notice of Default Pursuant to Order Confirming Plan in Chapter 11 Case Number 11-11728**

Wells Fargo Bank, N.A., a secured creditor in the above-captioned proceeding, hereby gives notice of default pursuant to the Order Confirming Debtors' Plan of Reorganization entered on December 6, 2012. Upon information and belief, the amount of the default is as follows:

| | |
|---|---|
| 3 Delinquent payments at $383.15 11/1/2017-01/01/2018 | $1,149.45 |
| Less Suspense | -$0.00 |
| Total Default Amount | $1,149.45 |

The Debtors have a right to cure the default within thirty (30) days of the date of this notice. In the event the Debtors shall fail to cure said default, Wells Fargo Bank, N.A., will proceed to enforce its security interest.

Loan# XXXXXX5153
Property Address: 543 Denny Rd, Greensboro, NC 27405

This the 12th day of February, 2018.

*/s/ Michael Jay Emrey*
Michael Jay Emrey, Attorney for Creditor, Bar # 49187 memrey@logs.com |704-831-2315
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156